Form 704-8B

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
SEP - 3 2010
BY _____
Rev. Deputy Clerk

In re: )
)
DARIAN KEITH SMITH )
LETHIA LEE GROSS SMITH ) Case No. 09-71254
)
)
Debtor(s) ) Chapter 7
)

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: September 2, 2010

Robert E. Wick, Trustee
P. O. Box 8
Bristol, VA 24203
(276) 466-4488

## CERTIFICATE OF SERVICE

This is to certify that I, R. E. Wick, either electronically or by U. S. Mail served a copy of the foregoing on the Debtors, Debtors' Attorney, U. S. Trustee's Office; Richlands OB/GYN Associates, Inc. on this the 2 day of September, 2010.

R. E. Wick

In Re:  DARIAN KEITH SMITH
LETHIA LEE GROSS SMITH
Chapter 7
Case No.: 09-71254

| Claim No. | Creditor | Reference: | Amount |
|---|---|---|---|
| 4 | Richlands OB/GYN Associates Inc<br>c/o John L. Bagwell, P.C.<br>P. O. Box 923<br>Grundy, VA   24614 | Acct# 11098 | $4.17 |